*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-08-00776-CV

Louise V. **KANDAKAI**,
Appellant

v.

Stephen Michael **TENNISON**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18310
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   February 11, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, and the appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM